| AO-10 Rev 1/89 | FINANCIAL DISCLOSURE REPORT | Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App I, §§ 301-09) |
|---|---|---|

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| ROSEN, GERALD E. | U.S. District Court, Eastern District of Michigan | 11/10/89 |

| Title | Date of Entry Nomination/Termination (only if initial or final report) | Reporting Period (Calendar year, or exclusive dates) |
|---|---|---|
| U.S. District Judge | November 9, 1989 | January 1, 1988 – November 10, 1989 |

| Home or office address |
|---|
| 263 Roosevelt Place, Grosse Pointe, Michigan 48230 |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Partner | Miller, Canfield, Paddock and Stone |
| Secretary | Schmidt Company, d/b/a Rattlesnake Club |
| Vice President | University Club of Detroit |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| See Attachment A | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| | ☐ NONE (No reportable non-investment income) | |
| 1 | Miller, Canfield, Paddock and Stone Partnership Distribution (1988) | $ 110,795.00 |
| 2 | Miller, Canfield, Paddock and Stone Partnership Distribution (1989) | unknown at $ this time |
| 3 | Dickinson, Wright, Moon, Van Dusen & Freeman (spouse's law firm) | $ 59,668.00 |
| 4 | | $ |
| 5 | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>ROSEN, GERALD E. | Date of Report<br>11/10/89 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| X  NONE  (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.  (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X  NONE  (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.  (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE  (No reportable liabilities) | | |
| Comerica Bank | Mortgage on second Home (J) | N |
| | | |
| | | |
| | | |
| | | |
| | | |

| * VALUE CODES: | J = $0 to $1,000 | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
|---|---|---|---|---|
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |

Digitized by Google

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E. | 11/10/89 |

## VII. INVESTMENTS and TRUSTS—income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 2nd Home, Good Hart, Michigan (J) | D | rent | N | W | | | | | |
| 2 Comerica Bank - Detroit (J) | B | check-ing | D | U | | | | | |
| 3 Empire of America | B | saving | B | U | | | | | |
| 4 Comerica Bank - Detroit (J) | B | saving | C | U | | | | | |
| 5 Miller, Canfield, Paddock and Stone | | | | | | | | | |
| 6 Capital account (This is my capital contribu- | | | | | | | | | |
| 7 tion to my law firm) | | | F | U | | | | | |
| 8 Rosen Children's Limited Partnership | | | | | | | | | |
| 9 *SEE Attachment B | | | | | | | | | |
| 10 Rosenblatt and Rosen Educational Trust | | | | | | | | | |
| 11 *SEE Attachment C | | | | | | | | | |
| 12 Keogh Plan *SEE | | | | | | | | | |
| 13 Attachment D | | | F | U | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>ROSEN, GERALD E. | Date of Report<br>11/10/89 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☐      Check to affirm that differences in investments from those reported
in prior year are exempt from disclosure.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _____     Date November 10, 1989

NOTE:    ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 304, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

1.   Mail signed original and 3 additional copies to:     Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

2.   Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google